UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MANUEL VASQUEZ,

                Plaintiff,

-against-

ANNASTACIA SOOKRAM, *et al*.,

                Defendants.

21-CV-6611 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this complaint *pro se.* By order dated August 17, 2021, the Court directed Plaintiff to file an amended complaint to address deficiencies in his original pleading. Two days later, Plaintiff filed an amended complaint. The amended complaint does not address the issues raised in the August 17, 2021 order, and it appears that Plaintiff filed it before he received that order.

    Plaintiff is directed to file a second amended complaint within sixty days from the date of this order. In the second amended complaint, Plaintiff should address the issues raised in the August 17, 2021 order. If Plaintiff fails to comply within the time allowed, this action will be dismissed for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 21, 2021
         New York, New York

                                                /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                      Chief United States District Judge